****PREVIOUSLY E-FILED IN THE MDL DOCKET, 15-MD-02617-LHK, ON JULY 31, 2015 (ECF NO. 153)****

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**CASE MANAGEMENT ORDER** |

**Interim Plaintiffs' Counsel:** Eve Cervantez; Andrew Friedman; Douglas McNamara; Jonathan Weissglass

**Defendants' Counsel:** Craig Hoover; Desmond Hogan; Peter Bisio; Maren Clouse; Chad Fuller

A preliminary case management conference was held on July 31, 2015. For a list of all counsel who appeared at the preliminary case management conference, see ECF No. 151. A further case management conference is set for September 10, 2015, at 1:30 p.m. The parties should be prepared to set a case schedule through class certification at the September 10, 2015 case management conference. The parties shall file their joint case management statement by September 3, 2015. That joint statement shall contain a proposed case schedule through class certification.

The Court ruled on the pending motions as follows:
- *Meadows v. Anthem, Inc.*, 15-CV-00163-JMS-TAB (S.D. Ind.): The Court DENIED as moot the pending motion for class certification.
- *Lesher, et al. v. Anthem, Inc., et al.*, 15-CV-00204 (S.D. Ind.): The Court DENIED as moot the pending motion for class certification.

- *Gil v. Blue Cross of Cal.*, 15-CV-00982-GPC-JMA (S.D. Cal.): Counsel for the plaintiff appeared at the preliminary case management conference and orally moved to withdraw the pending motion to remand the case to San Diego County Superior Court. The Court GRANTED plaintiff's motion to withdraw the pending motion to remand, and therefore DENIED as moot the motion to remand.
- *Noble, et al. v. RightChoice Managed Care, Inc.*, 15-CV-00626-CDP (E.D. Mo.): Counsel for the plaintiffs appeared at the preliminary case management conference and communicated to the Court the plaintiffs' intent to pursue their pending motion to remand the case to St. Louis County Circuit Court. The pending motion is fully briefed. Accordingly, the Court SET a hearing date on the pending motion for September 10, 2015, at 1:30 p.m.
- *Sabatino v. HMO Mo., Inc., et al.*, 15-CV-00575 (E.D. Mo.): Counsel for the plaintiffs appeared at the preliminary case management conference and communicated to the Court the plaintiffs' intent to pursue their pending motion to remand the case to St. Louis City Circuit Court. The pending motion is fully briefed. Accordingly, the Court SET a hearing date on the pending motion for September 10, 2015, at 1:30 p.m.

The Court VACATED all pending deadlines (such as ADR and Rule 26(f) conference deadlines) in the actions currently before the Court.

For the reasons stated on the record, discovery will start in this case as soon as lead Plaintiffs' counsel has been appointed. The parties shall exchange initial disclosures within fourteen (14) days of appointment of lead Plaintiffs' counsel. Plaintiffs shall file their Consolidated Amended Complaint within thirty (30) days of appointment of lead Plaintiffs' counsel.

The following schedule has been set:

| Scheduled Event | Date |
| --- | --- |
| Last Day to File Motions to Serve as Lead Plaintiffs' Counsel | August 20, 2015 |
| Oppositions to Motions to Serve as Lead Plaintiffs' Counsel | August 27, 2015 |
| Replies in Support of Motions to Serve as Lead Plaintiffs' Counsel | September 3, 2015 |
| Hearing on Appointment of Lead Plaintiffs' Counsel | September 10, 2015, at 1:30 p.m. |
| Hearing on Pending Motions to Remand in *Noble* and *Sabatino* | September 10, 2015, at 1:30 p.m. |
| Further Case Management Conference | September 10, 2015, at 1:30 p.m. |

2

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: July 31, 2015

_____
LUCY H. KOH
United States District Judge

3

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER