| | |
|---|---|
| Adam J. Levitt | David Samuel Senoff |
| alevitt@gelaw.com | dsenoff@cbmclaw.com |
| Edmund S. Aronowitz | CAROSELLI, BEACHLER, MCTIERNAN, |
| earonowitz@gelaw.com | COLEMAN |
| GRANT & EISENHOFER P.A. | 1845 Walnut Street, 15th Floor |
| 30 North LaSalle Street, Suite 2350 | Philadelphia, PA 19103 |
| Chicago, Illinois 60602 | Telephone:   215.609.1350 |
| Telephone:   312.214.0000 | Facsimile:   215.609.1351 |
| Facsimile:   312.214.0001 | |

Ari Jonathan Scharg
ascharg@edelson.com
Benjamin Scott Thomassen
bthomassen@edelson.com
Jay Edelson
jedelson@edelson.com
EDELSON PC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Telephone:   312.589.6370
Facsimile:   312.239.3362

*Attorneys for Plaintiff, Wendy Ross, and others similarly situated*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: ANTHEM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 5:15-MD-02617-LHK |
| | The Honorable Lucy H. Koh |
| | **NOTICE OF APPEARANCE OF ADAM J. LEVITT** |

PLEASE TAKE NOTICE THAT Adam J. Levitt of Grant & Eisenhofer P.A., 30 North LaSalle Street, Suite 2350, Chicago, Illinois 60602, phone (312) 214-0000, and e-mail alevitt@gelaw.com hereby enters his appearance in the underlying action, *Ross v. Blue Cross Blue Shield, et al.*, Case Numbers 15-cv-2006 (N.D. Ill.) and 15-cv-3744 (N.D. Cal.), transferred on August 18, 2015 and requests to be included on the Court's CM/ECF system so as to receive notice of all electronic filings.

///

///

1  ///

2  Dated:  August 19, 2015              GRANT & EISENHOFER P.A.

3

4                                        By:  /s/ Adam J. Levitt
                                              Adam J. Levitt
5                                             Grant & Eisenhofer P.A.
                                              30 North LaSalle Street
6                                             Suite 2350
                                              Chicago, Illinois 60602
7                                             ***Attorney for Plaintiff Wendy Ross***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

By:  /s/Adam J. Levitt